UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BROOKS MILLER, *et al.*, | No. C-12-2282 EMC |
| Plaintiffs, | |
| v. | **ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR DISBURSEMENT OF FUNDS** |
| CARRINGTON MORTGAGE SERVICES, *et al.*, | |
| | **(Docket No. 111)** |
| Defendants. | |

Mr. Miller has filed a motion, in which he asks the Court to order the Clerk of the Court to issue him a check in the amount of $4,819.78 so that he can pay his property tax and prevent a property tax sale scheduled for March 15, 2013.

Given the pending sale date, the Court hereby modifies the briefing schedule for Mr. Miller's motion. Defendants' opposition shall be filed by February 26, 2013. Mr. Miller's reply shall be filed by February 28, 2013. Absent further order of the Court, there shall be no hearing on the motion.

IT IS SO ORDERED.

Dated: February 19, 2013

_____
EDWARD M. CHEN
United States District Judge