**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BROOKS MILLER, *et al.*, | No. C-12-2282 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFF'S REQUESTS FOR JUDICIAL NOTICE** |
| CARRINGTON MORTGAGE SERVICES, *et al.*, | **(Docket Nos. 115-16)** |
| Defendants. | |
| _____/ | |

Plaintiff filed a motion for disbursement of funds on February 19, 2013. Because Plaintiff sought the funds to prevent a property tax sale scheduled for March 15, 2013, the Court ordered that briefing be submitted on a shortened schedule. Defendants timely filed their opposition in which they argued, *inter alia*, that the motion was moot because Carrington had paid the delinquent property taxes. Plaintiff then filed a notice that he was withdrawing the motion because he had "been informed by the Tax Collectors Office of Alameda County that the tax lien is the in process of being lifted and the sale cancelled." Docket No. 114 (notice of withdrawal). Plaintiff subsequently filed a request for judicial notice, *see* Docket Nos. 115-16, in which he challenged some of the claims made by Defendants in their opposition brief.

///
///
///
///
///

Plaintiff's request for judicial notice is hereby denied as **MOOT**.  Defendants were entitled to file an opposition because, at that time, Plaintiff had not yet withdrawn his motion.  Once Plaintiff withdrew his motion, there was no need for the Court to entertain the merits of Plaintiff's motion or Defendants' opposition.

IT IS SO ORDERED.

Dated:  March 5, 2013

_____
EDWARD M. CHEN
United States District Judge

2